## MORRIS v. DAVIS et al.

No. 8002—Opinion Filed Jan. 16, 1917.

(162 Pac. 1182.)

Error from County Court, Delaware County; H. L. Marshall, Judge.

Action between G. W. Morris and Charles Davis and another. From a judgment for the latter, the former appeals. Reversed and remanded.

Seymour Riddle and A. D. Bennett, for plaintiff in error.

Opinion by BURFORD, C. Defendants in error have filed no brief. The plaintiff's brief appearing fairly to sustain certain of his assignments of error, the cause should be reversed, and a new trial ordered.

By the Court: It is so ordered.